UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MONIQUE REED, *for child Qaundell
O'Neal*,

                      Plaintiff,

   -against-                                  6:03-CV-1392
                                                    (LEK/GJD)

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.

## **ORDER**

According to submissions by the Government, Plaintiff Monique Reed, for child Qaundell O'Neal, ("Plaintiff") has received a fully favorable decision from the Social Security Administration (*Verner R. Love, A.L.J.),* and since Plaintiff's appeal to this Court concerns Plaintiff's request for Social Security benefits under 42 U.S.C. § 402, Plaintiff's appeal is now moot. See Gov't Status Reports (Dkt. Nos. 6, 7). Therefore, the Court will dismiss as moot Plaintiff's Social Security case in the above-captioned matter. The Clerk of the Court will close Case Number 6:03-CV-1392.[1]

It is hereby

**ORDERED**, that Plaintiff's Social Security case in the above-captioned matter is

**DISMISSED as MOOT** because Plaintiff has received a "Notice of Decision - Fully Favorable"

---

[1] The Court also notes that two pieces of mail, sent to Plaintiff, have been returned as undeliverable. See Dkt. Nos. 5, 8. Plaintiff has apparently failed to provide a current, valid and updated address, as required by Northern District Local Rule 10.1(b)(2). Therefore, although this Court does not use Local Rules 10.1(b) and 41.2(b) as support for this Order dismissing Plaintiff's case, violation of those Rules might otherwise also serve as grounds for dismissal. See Tylicki v. Ryan, No. 1:06-CV-0221 (LEK/RFT), 2006 WL 2355864 (N.D.N.Y. Aug. 11, 2006) (Kahn, D.J.).

1

from the Social Security Administration's Office of Hearings and Appeals (*Verner R. Love, A.L.J.*); and it is further

**ORDERED**, that the Clerk of the Court **CLOSE** Case Number 6:03-CV-1392; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

DATED:   September 26, 2006
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge